IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Muhammad, Selema M

Printed: 01/06/09

Case Number: 07 B 19424
Judge: Hollis, Pamela S
Filed: 10/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 17, 2008
Confirmed: December 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 200.00 |  |
| Secured: |  | 50.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 139.20 |
| Trustee Fee: |  | 10.80 |
| Other Funds: |  | 0.00 |
| Totals: | 200.00 | 200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 139.20 |
| 2. | Illinois Title Loans | Secured | 2,728.14 | 50.00 |
| 3. | Midland Credit Management | Unsecured | 20.75 | 0.00 |
| 4. | Illinois Title Loans | Unsecured | 76.78 | 0.00 |
| 5. | AFNI | Unsecured |  | No Claim Filed |
| 6. | AR Resources | Unsecured |  | No Claim Filed |
| 7. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 8. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 9. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,318.67 | $ 189.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 10.80 |
|  | $ 10.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

